IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01892-PAB-KLM

UNITED AMERICAN INSURANCE COMPANY, a Nebraska corporation,

    Plaintiff,

v.

KENNETH BELL,
SPENCER SHAVER,
LORI S. PERRY, n/k/a LORI KROUT,
SAM SAYLER, and
TIM LEAVITT,

    Defendants.

_____

**ORDER OF DISMISSAL OF DEFENDANT SPENCER SHAVER WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon plaintiff's Notice of Dismissal of Defendant Spencer Shaver with Prejudice [Docket No. 57]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendant Spencer Shaver are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED May 12, 2009.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge