IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01892-PAB-KLM

UNITED AMERICAN INSURANCE COMPANY, a Nebraska corporation,

    Plaintiff,

v.

KENNETH BELL,
LORI S. PERRY, n/k/a LORI KROUT,
SAM SAYLER, and
TIM LEAVITT,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Plaintiff's Notice of Dismissal of Defendant Lori Perry Krout With Prejudice [Docket No. 60]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendant Lori S. Perry, n/k/a Lori Krout, are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED May 26, 2009.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge