IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01892-PAB-KLM

UNITED AMERICAN INSURANCE COMPANY, a Nebraska corporation,

    Plaintiff,

v.

KENNETH BELL,
SAM SAYLER, and
TIM LEAVITT,

    Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT TIM LEAVITT**
_____

THIS MATTER comes before the Court upon plaintiff's Notice of Dismissal of Defendant Tim Leavitt with Prejudice [Docket No. 63]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendant Tim Leavitt are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED June 10, 2009.

                                                BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge