IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-01892-PAB-KLM

UNITED AMERICAN INSURANCE COMPANY, a Nebraska corporation,

    Plaintiff,

v.

KENNETH BELL, an individual,
SPENSER SHAVER, an individual,
LORI S. PERRY, n/k/a LORI KROUT,
SAM SAYLER, an individual, and
TIM LEAVITT, an individual,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Vacate Settlement Conference** [Docket No. 66; Filed July 27, 2009] (the "Motion").  Plaintiff has advised the Court that the parties have settled the case. [Docket No. 65].  Accordingly,

    IT IS HEREBY **ORDERED** that the Settlement Conference set for August 3, 2009 at 1:30 p.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that the parties shall submit a Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41 on or before **September 28, 2009**.

Dated:  July 28, 2009